United States District Court
District of North Dakota

*Civil Case NO.*

Before The ● Court

This Document is Identified as page one

of the Explaintianion of the conduct

and criminal conduct that has been displayed to

me Alan Geatz since the year of Nineteen Fifty

Three , when I Alan Geatz was a baby , and

a little boy growing up in the city of

Grand Forks, North Dakota , as the ● ● Inflicted

injuries created severe forms of mental torture

and Mental abuse , to my ● INCAPACATATE Brain

and body . As I Alan Geatz say that the damages

to my brain and body are at the FIVE HUNDRED

BILLION DOLLAR LEVEL , as of the year of

Two thousand and twenty one .  AS these words are written by me ●

Alan Geatz on the date of JANUARY *Nineteenth* IN THE

YEAR OF TWO THOUSAND AND TWENTY *ONE* , which is a

TUESDAY AFTERNOON at my apartment at FARGO , NORTH DA KOTA

UNITED STATES , as I ALAN GEATZ AM ATTEMPTING TO

SURVIVE THE TRAUMAS , of MENTAL ABUSE AND PHYSICAL ABUSE .

AS THE CONSPIRACYS AND ALLEDGED CRIMINAL CONSPIRACY'S ALLEDGELLY

CONTINUE AGAINST ME ALAN GEATZ , A SEVERLY DISABLED AMERICAN

TAX PA YER , WHO DID MY DUTY FOR MY COUNTRY , THE UNITED STATES .

AS I ALAN GEATZ SERVED IN THE UNITED STATES MARINES , IN YEAR

NINETEEN SEVENTY TWO AND NINETEEN SEVENTY THREE. AT SAN ONOFRE AT

● CAMP PENDELTON , CALIFORNIA , UNITED STATES . TRUE WORDS .

Dated ● this _____ day of JANUARY year *two thousand twenty One.*

*ALAN GEATZ*

*Alan L. Geatz*

United States District Court
District of North Dakota

Before The Court

*Civil Case No.*

These words in these civil litigation documents,

against LORI K. ERNST

JOHNNY DEPP , MOVIE STAR

ELVIS PRESELY ESTATE.

are written on the TWENTYTH DAY of JANUARY of the

YEAR OF TWO THOUSAND AND TWENTY ONE , in the afternoon

as I Alan Geatz was told that the CIVIL LITAGATION FEE was

FOUR HUNDRED and TWO DOLLARS , by the CLERK OF COURT WHO

USES THE NAME PAMALA , at FARGO, NORTH DA KOTA , at

the UNITED STATES FEDERAL COURT HOUSE .

The title EIGHTEEN MENTAL ABUSE AND MENTAL TORTURE LAW WORDS

were taken from the LAW LIBRARY SECTION OF THE LIBRARY at

MOORHEAD STATE UNIVERSITY , AT MOÖRHEAD , MINNESOTA IN THE FALL

OF THE YEAR OF TWO THOUSAND AND TWENTY ●●● . AS this

INVESTIGATION AND ARGUMENT CONTINUES , CONCERNING THE DISTRUCTION

OF THE LIFE OF ALAN GEATZ , FROM THE YEAR OF NINETEEN FIFTY THREE

PERIODICALLY TO THE PRESENT DAY , in the year of TWO THOUSAND

and TWENTY ONE . TRUE WORDS .

Dated this _twenty th_ day of *January* year *twenty one*. *two thousand*

*ALAN GEATZ*

*Alan L. Geatz*

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The Court

|  |  |
|---|---|
| | ( |  CIVIL CASE NUMBER |
| | ( |
| ALAN GEATZ | ( |
| | ( |
| | ( |
| | ( |
| | ( |
| PLAINTIFF | ( |  _____ |

VS

LORI K. ERNST

DEFENDANT . *A poLy gRAPH Exam taKen By ALan Geatz wiLL pROve these WORDS.*

POLYGRAPH EXAMS WILL PROVE THESE WORDS .

As about either after or before NINE P.M. ●on the Date of

DECEMBER THIRD , year TWO THOUSAND AND TWENTY THURSDAY , I

ALAN GEATZ WAS AT THE HOLIDAY GAS STATION ON Fifty Second Avenue

Sou~~th~~ *South* , across the street from ~~●●●~~ FARGO WALMART , , As a boy ●

younger than fourteen years old ~~●●~~ CAME UP TO ME ALAN GEATZ

in the gas station and asked me ALAN GEATZ if I Alan Geatz had a

CAR . . The boy said , " Do you have a car ? "  I Alan Geatz

said " NO! " Then ~~●●●●●~~ I ALAN GEATZ ʍalked aʍay . AS POLYGRAP¬

H EXAMS WILL PROVE THAT TOO. As it is suspected that the CONSPIRA¬

TORS AND CRIMINAL CONSPIRATORS , continue to stalk me Alan Geatz,

True Words . Dated this *FOURTH* day of *DECEMBER year two thousAND twenty*

*ALAN GEATZ  Alan L. Geat*

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The Court

CIVIL CASE NUMBER

PAGE TWO OF THE MEDIA

SITUATION CONCERNING

ME ALAN GEATZ , and LORI

K.ERNST .

ALSO CIVIL LITIGATION

POLYGRAPH EXAMS WILL PROVE THESE WORDS . *A POLY GRAPH exam taxen By Alan Geatz will prove ALL of These WORDS in these Docaments.*
WHEN WILLIAM GEATZ and MARGE THURLOW GEATZ , and ME ALAN GEATZ were wrestling at Forty seventy Street House that ERNIE WINT and ADAM GEATZ BUILT in about the year of NINETEEN FIFTY EIGHT or NINETEEN FIFTY NINE , when WILLIAM GEATZ grabbed ahold of my PENIS as we were wrestling , a thought came across my INCAPAC— ATITE  INCAPACITATE BRAIN that said " YOU'RE GOING TO PAY FOR PAY FOR THAT BILL . " As my mother CLARICE BERGAN GEATZ RAN and GOT A CAMERA that our family had and took the picture of me ALAN GEATZ and WILLIAM GEATZ and MARGE THURLOW GEATZ wrestling at at the house on FORTY SEVENTH STREET , at about the year of NINETEEN SIXTY ONE OR NINETEEN SIXTY TWO .  TRUE WORDS *two Thousand*
Dated this *Fifth* day of *December* year *AND twenty.*

*ALAN GEATZ*
*Alan L. Geatz*

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The Court

CIVIL CASE NUMBER

(
(
(
(
Page Three of CIVIL        (
LITIGATION  against LORI K. ERNST  (
THE EX WIFE OF ALAN GEATZ .  (

POLYGRAPH EXAMS WILL PROVE THESE WORDS .

It is POSSIBLE THAT THE JUDGE WHO SAT ON THE BENCH AT THE
CASS COUNTY COURT HOUSE AT FARGO , NORTH DAKOTA ⬤ ON AUGUST
FIRST OF THE YEAR OF NINETEEN EIGHTY TWO , POSSIBLY DID NOT
SIGN THE DIVORCE PAPERS AS THE ALLEDGED FRAUDULANT  CONSPIRACY
AND CRIMINAL CONSPIRACY ALLEDGELLY ,
CONTINUED AGAINST ME ALAN GEATZ AS THE MENTAL ABUSE AND MENTAL
TORTURE OF MY SEVERLY INJURED , SEVERLY INCAPACATATE BRAIN .
AND ⬤ DISABLED BRAIN . ᵃˢThe Conspiracy and criminal conspiracy
started against me Alan Geatz in the year of NINETEEN FIFTY TWO ,
and the alledged conversations and criminal conversations and
conspiracy and CRIMINAL CONSPIRACY STARTED AGAINST ME ALAN
GEATZ , IN THE NINETEEN TWENTY'S , IN THE CHICAGO AREA  two thousand
TRUE WORDS . Dated this Fifth day of December year AND twenty.

ALAN GEATZ
Alan L. Geatz

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The Court

|  |  |
|---|---|
| PAGE FOUR OF CIVIL LITIGATION | ( CIVIL CASE NUMBER |
| AGAINST LORI K. ERNST , THE | ( |
| EX WIFE OF ALAN GEATZ . | ( |
| AS I ALAN GEATZ ALLEDGE THAT | ( _____ |
| THE LIQUOR SATURATED |  |

FRAME UP AND ATTEMPTED

FRAME UP CONTINUES , AGAINST ME

ALAN GEATZ .

TODAY'S DATE WHEN THIS DOCUMENT WAS WRITTEN IS

DECEMBER FIFTH , YEAR TWO THOUSAND AND TWENTY .


POLYGRAPH EXAMS WILL PROVE THESE WORDS .


AS WHEN LORI K. ERNST AND ME ALAN GEATZ GOT OUR DIVORCE IN

AUGUST OF THE YEAR OF NINETEEN EIGHTY TWO AS OF THE DATE WAS

AUGUST FIRST OF THE YEAR OF NINETEEN EIGHTY TWO , AT FARGO ,

NORTH DAKOTA AT CASS COUNTY COURTHOUSE , WHEN THE DAY WAS MOSTLY

SUNNY THAT DAY AS THE TEMPERATURE WAS WARMER THAN SEVENTY DEGREES

, THAT DAY , ⬛ AS THE DIVORCE HEARING WAS AT ABOUT ONE

O'CLOCK IN THE AFTERNOON AS I ALAN GEATZ SAT IN THE BACK OF THE

COURTROOM AS LORI K. ERNST , SAT ON THE WITTNESS STAND AS THE

JUDGE WHO WAS ABOUT YOUNGER THAN FORTY YEARS OLD . TRUE WORDS.

Dated this _FiFTH_ day of _DECemBer_ year _two thousand AND twenty_

_ALAN GEATZ_  _Alan L. Geatz_

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The Ciourt

CIVIL CASE NUMBER

(
(
(
This Document is IDENTIFIED          (
                                    (
AS PAGE N i N E  OF CIVIL LITIGATION (
                                    (
AGAINST LORI K. ERNST  WHO WAS       (
                                    (  _____
MARRIED TO ALAN GEATZ ON SEPTEMBER   (
                                    (
TWENTYTH OF THE YEAR OF NINETEEN

EIGHTY .

POLYGRAPH EXAMS WILL PROVE THESE WORDS .


LORI K. ERNST AND ALAN GEATZ GOT A DIVORCE ON THE FIRST DAY OR

ABOUT THE FIRST DAY OF AUGUST IN THE YEAR OF NINETEEN EIGHTY two , AS

POLYGRAPH EXAMS WILL PROVE THESE WORDS TOO. THE DIVORCE TOOK PLA -

CE AT THE CASS COUNTY COURTHOUSE AT FARGO , NORTH DAKOTA , AS I

ALAN GEATZ , WATCHED THE JUDGE GIVE INSTRUCTION TO LORI K. ERNST

AND ASK HER QUESTIONS , SUCH AS " ARE YOU PREGNANT ? "

The INFLICTED STRESS IS IDENTIFIED AS , MENTAL ABUSE AND MENTAL

TORTURE , TITLE EIGHTEEN TWENTYONE THIRTEEN TO  TWENTY THREE

TEN TORTURE TWENTY THREE FORTY A. CHAPTER ONE ONE THREE C.  PAGE

FIVE SIXTY ONE , ALSO TITLE EIGHTEEN RULE THIRTY TWO   TWO PAGE

THREE FORTY ONE FORFIETURE OF PROPERTY , CIVIL REMEDY FOR PERSONA

L INJURIES , AS POLYGRAPH EXAMS WILL PROVE THAT TOO. TRUE WORDS

Dated this FOURTH  day of DeCember  year two thousand AND TWENTY ,

ALAN GEATz
Alan Y. Geatz

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The Court

PAGE NUMBER FIVE OF CIVIL LITIGATION        CIVIL CASE NUMBER

AGAINST LORI K. ERNST THE EX WIFE OF

ALAN GEATZ , AS I ALAN GEATZ KNOW

FOR AN ABSOULOUTE FACT , THAT MY

EX WIFE KNEW NATALIE GEATZ BUGBEE ,        _____

AS NATALIE GEATZ BUGBEE LIVED IN

TIOGA, NORTH DAKOTA , BETWEEN THE

NINETEEN SEVENTY'S to the

PRESENT DAY PERIODICALLY ,

AS THE DATE IS DECEMBER FIFTH OF

THE YEAR OF TWO THOUSAND AND TWENTY .


POLYGRAPH EXAMS WILL PROVE THESE WORDS .


THE CASS COUNTY COURTHOUSE JUDGE AT FARGO , NORTH DAKOTA ASKED

LORI K. ERNST QUESTIONS SUCH AS " ARE YOU PREGNANT ? " AS LORI

K.ERNST ANSWERED THE JUDGE BY SAYING NO . " AS I ALAN GEATZ  SAT

IN THE BACK OF THE COURTROOM AND WATCHED THE JUDGE , WHO WAS SITT~

ING ON THE BENCH ASK QUESTIONS TO LORI K. ERNST , AS THE DATE WAS

AUGUST FIRST OF THE YEAR OF NINETEEN EIGHTY TWO . , . , BETWEEN

ONE P.M. AND ONE THRTHIRTY P.M. , AS THE TEMPERATURE WAS WARMER

THAN SEVENTY DEGREES THAT DAY . TRUE WORDS.

Dated this ___F·FTH_____ Day OF  DeCemBeR  YEAR  TWO thousanD AND TWenty

ALAN GEATZ alan + Nact

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The Court

| | |
|---|---|
| PAGE NUMBER SIX OF CIVIL | ( CIVIL LITIGATION CASE |
| LITIGATION AGAINST | ( |
| LORI K. ERNST , ALAN GEATZ'S EX WIFE . | ( |
| | ( _____ |

POLYGRAPH EXAMS WILL PROVE THESE WORDS .

AS LORI K. ERNST MAIDEN NAME , CAME TO BEMEDJI , MINNESOTA
, AROUND THE END OF JULY OF THE YEAR OF NINETEEN EIGHTY TWO AND
HELPED ARRANGED FOR ME ALAN GEATZ TO GET AN APARTMENT AN
EFFECIANCY APARTMENT , ON THIRD STREET IN BEMEDJI , MINNESOTA ,
DOWNTOWN , AS THE OLD MAN LANDLORD , WHO OWNED THE SEWING SHOP
ON THE MAIN FLOOR SHOWED THE APARTMENT TO ME ALAN GEATZ , AND
LORI K. ERNST , AS WE LOOKED AT THE APARTMENT TOGETHER AND I
ALAN GEATZ RENTED THE APARTMENT FROM THE LANDLORD , WHO OWNED THE
THE SEWING SHOP ON THE MAIN FLOOR . AS THERE WAS A BED THAT
FOLDED DOWN OUT OF THE WALL , AT THAT TIME , AS THERE OBVIOUSLY
WAS A VIDEO CAMERA , WITH PEOPLE RUNNING THE CAMERA , IN THE NEXT
ROOM WITH POSSIBLE HOLES DRILLED INTO THE WALL , SO THE SEXUAL
ACTION COULD BE FILMED , POLYGRAPH EXAMS WILL PROVE THESE WORDS

Dated this _Fifth_ day of _December_ year _two thousand and twenty,_

_ALAN GEATZ_
_Alan F. Geat_

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The Court

CIVIL CASE NUMBER

CIVIL COMPLAINT BETWEEN                    (

ALAN GEATZ AS THIS NUMBER OF THE          (

CIVIL COMPLAINT IS IDENTIFIED AS          (

PAGE SEVEN OF THE COMPLAINT               (

AGAINST LORI K. ERNST .

WHO IS ORIGINALLY FROM

WEST FARGO , NORTH DAKOTA , UNITED

STATES .

ALAN GEATZ PLAINTIFF VS LORI

K.ERNST DEFENDANT .

POLYGRAPH EXAMS WILL PROVE THESE WORDS .

AS THE SEXUAL ACTION BETWEEN ME ALAN GEATZ AND MY LADY FRIENDS
COULD HAVE BEEN BROADCAST OUT OF THAT APARTMENT ROOM BY SATTELIGHT
DISH , , as those events could have been IDENTIFIED AS VIOLATIONS
OF THE WHITE SLAVE ACT , AND THE WHITE SLAVE TRAFFIC ACT ,   ALSO
Violations of THE MANN ACT , COULD HAVE BEEN VIOLATED against
ME Alan Geatz A SEVERLY INJURED , SEVERLY INCAPACITATE ,
AMERICAN TAX PAYER , , WHO DID MY DUTY FOR MY COUNTRY THE UNITED
STATES , BY SERVING IN THE UNITED STATES MARINE CORP , IN NINETE—
TEEN SEVENTY TWO AND NINETEEN SEVENTY THREE ,, AS THE MENTAL
ABUSE AND MENTAL TORTURE , AND ALLEDGED THEFT CONTINUED AGAINST TWO ;
ME . Dated this FiFtH Day of December Two thousand

```
                    United States Supreme Court
                       One First Street N.E.
                       Washington D.C. 20543

                        Before The Court

                                        CIVIL CASE NUMBER
                                   (
                                   (
PAGE NUMBER EIGHT OF                (
                                   (
CIVIL LITIGATION BETWEEN            (
                                   (
LORI K. ERNST , MADIEN NAME AND     (

ME ALAN GEATZ , PLAINTIFF ,              _____

LORI K. ERNST DEFENDANT .
```

POLYGRAPH EXAMS WILL PROVE THESE WORDS .


AS I ALAN GEATZ BROUGHT MY LADY FRIENDS TO MY APARTMENT OVER
ON THIRD STREET , IN DOWNTOWN , BEMEDJI , MINNESOTA , IN THE
UNITED STATES , , in between JULY OF THE YEAR of NINETEEN EIGHTY
TWO and NOVEMBER OF NINETEEN EIGHTY TWO , at the end of the
BUILDING near the ALLEY UPSTAIRS Near the ALLEY as clues
have been given to me Alan Geatz by ENTERTAINMENT PEOPLE ,
AND OTHER PEOPLE who I Alan Geatz met between the NINETEEN SEVENT–
TY'S and the PRESENT DAY , as I ALAN GEATZ SIGNED the GREEN
UNITED STATES MEDIA CARD , and SHOW BUSNISS CONTRACT , THAT HAS
MY SOCIAL SECURITY NUMBER ON THE CONTRACT . AS THE CONSPIRACY'S
CONTINUED . TRUE WORDS , .

Dated this *FIFTH* day of *DECEMBER* year *TWO thousand AND twenty*

*ALAN GEATZ*

*Alan L. Geatz*

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The Court

CIVIL CASE NUMBER

This CIVIL LITIGATION

IS IDENTIFIED AS

PAGE NUMBER NINE OF CIVIL LITIGATION

AGAINST LORI K. ERNST ,

AS ME ALAN GEATZ AM

IDENTIFIED AS

PLAINTIFF , AND LORI K. ERNST IS

IDENTIFIED AS THE DEFENDANT .

POLYGRAPH EXAMS WILL PROVE THESE WORDS .

AS THE MALNOURISHED IMPROPER VITIMIN INTAKE OF MY
SEVERLY INJURED INCAPACITATE , WRONGFULLY BRAINWASHED INTELLIGENT
BRAIN ALL THE WA Y BACK TO THE EARLY NINETEEN FIFTY S AS I
ALAN GEATZ ALLEDGE THAT WILLIAM GEATZ , AND THE OTHER LIQUOR
SATURATED BRAINWASHED HUMANS BRAINS  WITH DEFINATE LIQUOR SATURAT—
ED MALNOURISHED BRAINS , AND POSSIBLE DRUG INFESTED , POSSIBLE
MISINFORMED BRAINS , THAT ALLEDGELLY RECIEVED WRONGFUL
INFROMATION INSIDE THEIR POSSIBLE MALNOURISHED , IMPAIRED *two thousand*
BRAINS . TRUE WORDS . Dated this *Sixth* day of *December* year *AND twelve*

*ALAN GEATZ*
*Alan L. Geatz*

United States Supreme Court
One First Street N.E. ~~~~~
WASHington D.C. 20543
Before The Court

CIVIL CASE NUMBER

```
                                    (
                                    (
PAGE NUMBER TEN OF                  (
                                    (
CIVIL LITIGATION AGAINST            (
                                    (
LORI K. ERNST , EX WIFE OF          (  (  _____
                                    (
ALAN GEATZ , PLAINTIFF              (
                                    (
AS LORI K. ERNST ,

DEFENDANT .
```

POLYGRAPH EXAMS WILL PROVE THESE WORDS .

AS THE CONVERSATIONS AND ALLEDGED CRIMINAL CONVERSATIONS CONTINUE
~~~~ AGAINST ME ALAN GEATZ , AND MY INCAPACITATE BRAIN . , AS MY
BRAIN CONTINUES TO HEAL FROM THE INFLICTED TRAUMAS THAT I
RECIEVED DURING THE EARLY NINETEEN FIFTY'S PERIODICALLY TO THE
PRESENT DAY AS I ALAN GEATZ HAVE NOT HAD SEXUAL INTERCOARSE
SINCE THE MONTH OF FEBURARY , OF THE YEAR OF TWO THOUSAND ~~~~
~~~~ AS THE WOMAN WHO I ALAN GEATZ WAS WITH SEXUALLY, TOLD ME
HER NAME WAS AND IS JUDY FIELDS , IS THE NAME THAT SHE SAID TO ME
ASSHE WAS alleDgelly mARRied to Deputy JoB:
ALAN GEATZ , AS HER SISTER USED THE NAME TERRY FIELDS . , as two Hous:
TRUE ~~~~ Words . Dated this SixtH day of December year AND Twent.

ALAN GEATZ
Alan L. Geatz

```
            United States Supreme Court
              One First Street N.E.
              Washington D.C. 20543

              Before The Court

                           CIVIL CASE NUMBER
                        (
                        (
PAGE NUMBER ELEVEN      (
                        (
DATED THIS SIXTH DAY OF (
                        (
DECEMBER , YEAR OF TWO  (  _____
                        (
THOUSAND AND TWENTY .
```

ALAN GEATZ , PLAINTIFF

VS

LORI K. ERNST

DEFENDANT .



POLYGRAPH EXAMS WILL PROVE THESE WORDS .



AS JUDY FIELDS , SISTER TERRY FIELDS ALLEDGELLY LIVES AT

HARWOOD , NORTH DAKOTA , UNITED STATES . AS BRAD KENNEDY KNOWS

TERRY FIELDS , AS TERRY FIELDS TOLD ME  ALAN GEATZ THAT SHE

HASN'T HAD A CONVERSATION WITH JUDY  FIELDS , FOR LONGER THAN

THREE YEARS , as SHE TOLD ME ALAN GEATZ THOSE WORDS ABOUT LESS

THAN FOUR YEARS AGO , AT THE MENARDS STORE AT WEST FARGO ,

NORTH DAKOTA , IN THE PARKING LOT , AS I ALAN GEATZ GAVE TERRY

FIELDS MY PHONE NUMBER , and told HER TO GIVE JUDY FIELDS MY two thousand

PHONE NUMBER . Dated this _SIXTH_ day of _December_ year _AND twenty_

true WORDS.

ALAN GEATZ _____

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The Court

CIVIL CASE NUMBER

PAGE NUMBER TWELVE e OF CIVIL LITIGATION

AGAINST LORI K. ERNST

WHO IS ORIGINALLY FROM WEST FARGO , NORTH DAKOTA ——————————

ALAN GEATZ

PLAINTIFF

VS

LORI K. ERNST

DEFENDANT .


POLYGRAPH EXAMS WILL PROVE THESE WORDS .


AS THE LANDSLIDE OF ORGANIZED SLANDER AND POSSIBLE ORGANIZED THEFT , CONTINUED AGAINST ME ALAN GEATZ alledgelly by WILLIAM GEATZ , AS HE SEXUALLY ASSULTED ME ALAN GEATZ AT THE PHYSICAL ADDRESS OF TWENTY TWO NINTEEN FIRST AVENUE NORTH IN THE CITY OF GRAND FORKS, NORTH DAKOTA , IN THE YEAR OF NINETEEN FIFTY THREE , alledgelly WHEN I ALAN GEATZ WAS a BABY , AS I ALAN GEATZ ALLEDGE THAT POLYGRAPH EXAMS WILL PROVE THAT TOO TRUE WORDS . Dated this SIXTH day of December , year two thousand twenty .

ALAN GEATZ
Alan L. Geatz

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The Court

|  | ( | CIVIL CASE NUMBER |
| --- | --- | --- |

Alan Geatz

Plaintiff

VS

Lori K. Ernst

Defendant . POLYGRAPH EXAMS WILL PROVE THESE WORDS .

PAGE ONE OF FIVE PAGES .

Taking into consideration that My brain , the brain of me Alan Geatz is INCAPACITATE as I Alan Geatz experianced TREMENDOUS amounts of deep inflicted internal injuries to my brain  my disabled brain back in the nineteen fifty's and the nineteen sixty's , as my severly disabled brain was developing inside my head , my disabled head  , as I Alan Geatz did not realize that my severly disabled brain , was being conspired against , by alledggelly many people , as me Alan Geatz was attempting to make my way out into the world , and function in an inviroment , that I was unaware that the BROADCASTERS had alledggelly made me Alan Geatz either well known or FAMOUS with their MEDIA , as I Alan Geatz was aware that I Alan Geatz had the microphone in my tooth planted in May or June of 1972 at Camp Pendelton, California however my brain that was experiancing large amounts of LIQUOR and HARD LABOR , and POOR DIET , and sometimes littel rest ,

TRUE WORDS WRITTEN FIRST WEEK OF Alan Geatz NOVember TWO THOUSAND TWENTY. Alan Geatz

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The Court


PAGE NUMBER TWO OF CIVIL                    CIVIL CASE NUMBER

LITIGATION INDIRECTLY  AND DIRECTLY
CONCERNING THIS SITUATION *MEDIA*

ALAN GEATZ PLAINTIFF VS

LORI K. ERNST DEFENDANT .                   _____

                                                        *CONDUCT*

as I Alan Geatz was also experiancing sometimes hostile ~~conduct~~

and what seemeded to be *some* ~~some~~ type of premeditated , planned

conduct  from other people that seemed to ~~be~~ be identified as

conspiracy's and criminal conspiracy's against me Alan Geatz as ~~o~~

~~o~~ the stress , along with the poor diet and liquor saturated ~~o~~ *Between 1970 and 1985*

disabled brain that I possess , as the conduct and alledged ~~o~~

criminal conduct was continueing around me , as my severly ~~o~~

disabled brain continued to me more confused , as a person who ~~o~~

reads these documents should be able to realize inside their ~~o~~

brain that it would seem to be and might seem to be that I Alan

GEATZ was being driven CRAZY , by other people 's conduct and ~~o~~

alledged  ~~o~~ criminal conduct , as the conspiracy's and ~~o~~

alledged criminal conspiracy's alledgelly continued against me by

other people that I Alan Geatz was subject to , during the ~~o~~

NINETEEN SEVENTY'S NINETEEN EIGHTY'S AND NINETEEN NINTY'S as I ~~o~~

Alan Geatz continued to make an effert to survive . , with

wrongful fame and alledged wrongful fame , that I Alan Geatz ~~o~~

alledgelly recieved from BROADCASTERS as viewers of television ~~o~~

and listenors of radio stations alledgelly continued to watch me

*TRUE WORDS WRITTEN FIRST WEEK OF NOVEMBER*
*2020 two thousand twenty . Alan Geatz alan geatz*

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The Court

Page Number THREE of CIVIL LITIGATION

CONCERNING this MEDIA SITUATION                CIVIL CASE NUMBER

ALAN GEATZ PLAINTIFF VS

LORI K. ERNST DEFENDANT .

POLYGRAPH EXAMS WILL PROVE

THESE WORDS .                                  _____


As I Alan Geatz CONTINUED  and continue to make an EFFERT to ~~EFFERT~~

CONTROL what goes on around me ALAN GEATZ with my severly ~~disabled~~

disabled brain as this media situation has been going on for many

years as it should be completely understood  , by any person who

reads these pages of LITIGATION DOCUMENTS , that I Alan Geatz am

identified as being JUST a perso n , who is making an EFFERT to

survive , and make my way in the world . As I ALAN GEATZ met ~~LORI~~

LORI K. ERNST at the FOUR TEN BAR in FARGO , NORTH DAKOTA , in ~~the~~

the year of NINETEEN SEVENTY SIX , as she knew a woman who alledg elly

used the name CATHY HENDERSON , OR CATHY  HENDERSON , OR CATHY

HENDRICKSON , as I Alan Geatz met Cathy and I Alan Geatz started

to have an interest in CATHY , as my INCAPAPACITATE brain was

attracted to CATHY , ROMANTICALLY as me ALAN GEATZ ~~met~~ and

CATHY were possibly romantic , at least once , and I Alan Geatz

and the woman who used the name CATHY HENDERSON or , CATHY HENDRI-

CKSON introduced me Alan Geatz to a woman who used the name

LORI K. ERNST , as LORI K. ERNST SAT at the table across from ~~me~~

me Alan Geatz , as me ALAN GEATZ and LORI K. ~~ERNST~~ ERNST were romantic

tRue WORDS WRitten FiRSt WeeK o7 alan
November twn thousand twenty~Alan Geatz Dist

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before the Court

Page Number Four of CIVIL LITIGATION

Concerning this MEDIA Situation        CIVIL CASE NUMBER

Alan Geatz

Plaintiff

VS                                    _____

Lori K. Ernst

Defendant

POLYGRAPH EXAMS WILL PROVE THESE WORDS .

as in August of the year NINETEEN SEVENTY SIX when LORI K.

ERNST was seventeen years old at that time , as those people who

were in the ownership of the FOUR TEN BAR at that time ,

alledgelly knew that LORI K. ERNST was not old enough to be in the

building , as they alledgelly gave her liquor anyway , as the

conspiracy and alledgedged criminal conspiracy was continuing

against me Alan Geatz a severly disabled American Tax payer ,

who did my duty for my country , the UNITED STATES , as

I Alan Geatz served in the UNITED STATES MARINE CORP , at SAN

ONOFRE , on Camp PENDELTON , CALIFORNIA , , as the woman who used

the name CATHY HENDERSON , or HENDRICKSON told me Alan Geatz to

go into the bar , of the FOUR TEN , and be with her as CATHY

HENDRICKSON OR HENDERSON told me Alan Geatz that LORI K.ERNST is

sitting at a table waiting for me Alan Geatz to come into the bar

and be with her as Kathy HENDERSON OR HENDRICKSON said to me

in the alley of the four ten bar     " LORI IS SITTING AT A

ALAN GEATZ Says true WORDS WRitten Alan
FiRSt WeeK of November 2020. Alan Geatz

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The Court

PAGE NUMBER FIVE OF THIS CIVIL                    CIVIL CASE NUMBER

LITIGATION , CONCERNING THIS MEDIA SITUATION

Alan Geatz

Plaintiff

VS                                          _____

LORI K. ERNST

Defendant .

POLYGRAPH EXAMS WILL PROVE THESE WORDS .

TABLE IN THE BAR WAITING FOR YOU ! , " . " NOW YOU GO INTO THAT BAR

AND BE WITH HER ! " as CATHY HENDERSON OR HENDRICKSON said those

words to me Alan Geatz , after me Alan Geatz and Cathy , got done
*IF I RememBeR CORRectLy*

with our LIGHT DINNER that we had at the RESTURANT on MAIN AVENUE

NEAR THE MOORHEAD BRIDGE , as CATHY HENDERSON , OR HENDRICKSON

told me Alan Geatz to wait in the car , While I Make a phone

call , I'Ll be back in a minute , " if I Alan Geatz remember the

exact words that she said to me . As I Alan Geatz waited in the

car while the conduct of the conspiracy's and alledged criminal

conspiracy's continued against me Alan Geatz in the year of NINE-

TEEN SEVENTY-SIX , in the month of AUGUST , as my poor diet and

little rest , and large intake of liquor , beer and wine and hard

LABOR on the railroad continued until twords the middle of

AUGUST or so , in the year of NINETEEN SEVENTY-SIX , as I Alan

Geatz stood in the alley of the four ten bar , as Cathy Henderson

or Henders soickson sat in her car that was a green four door
*tRue WORDS WRitten FiRst week oF NoVembeR alan*

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before the Court

|  |  |
|---|---|
| Alan Geatz | (    CIVIL CASE NUMBER |
| | ( |
| Plaintiff | ( |
| | ( |
| | ( |
| VS | ( |
| | ( |
| | ( |
| Lori K. Ernst , | ( _____ |
| | ( |

Defendant ·POLYGRAPH EXAMS WILL PROVE THESE WORDS .

PAGE ONE OF FOUR PAGES OF

LITIGATION DOCUMENTS .

Either a large PONTIAC or a LARGE PLYMOUTH , as it was a large Fo-
**DOOR** ur car , that resembled the car that BRAD KENNEDY , and PAM OLSON

or OLSEN  , who worked at either Job service or , the Social

Security Bureau , , as I Alan Geatz cannot remember exactly where

she was working , during those years  as my severly disabled ~~~~~

brain  was experiancing  INCAPICITATE , as my brain is still

experiancing  INCAPICATITATE , , as I Alan Geatz make an effert ~~

to CONTROL what goes on around me Alan Geatz , as I Alan Geatz ~~
**↑DO DO** drove their car is what they told me , on their WEDDING DAY as I

ALAN GEATZ also burned out the HORN on the car . .

As I Alan Geatz walked into the FOUR TEN BAR IN FARGO , NORTH DAK-

OTA after I got done talking to the woman who's NICKNAME was

BOZO , is what LORI K. ERNST TOLD ME ALAN GEATZ in between ~~~~~~

NINETEEN SEVENTY-SIX and the year of NINETEEN EIGHTY TWO , ,

as I Alan Geatz walked up to the table  where LORI K. ERNST was

sitting , as a man white man was sitting on her LEFT side as

*+TRUE WORDS WRITTEN FIRST WEEK OF NOVEMBER
two +Housand AND Twenty. Alan Geatz*

United States Supreme Court
One First Street N.E .
Washington D. C. 20543

Before The Court

```
                                          (
                                          (CIVIL CASE  NUMBER .
                                          (
                                          (
PAGE NUMBER TWO OF CIVIL LITIGATION      (
                                          (
CONCERNING THIS MEDIA SITUATION  .       (
                                          (
ALAN GEATZ PLAINTIFF                     (
                                          ( _____
VS LORI K. ERNST DEFENDANT .             (
```

POLYGRAPH EXAMS WILL PROVE THESE WORDS .

" LORI , it's getting late , , and it's going to be hot tomorrow

and I have to work , as I Alan Geatz thought that we had a

drink , as me Alan Geatz and LORI K. ERNST went out to my car ,

as my car was my datsun pickup at that time , with my camper that

I had on the back of the GOLD DATSUN PICKUP THAT I  ALAN GEATZ

OWNED in between NINETEEN SEVENTY THREE , and NINETEEN SEVENTY

SEVEN , , as the Datsun Pickup was  traded for the NINETEEN SE-

VENTY SEVEN , DODGE ASPEN that was silver in color , that I Alan

Geatz still own , as the NINETEEN SEVENTY SEVEN DODGE ASPEN , is

SITTING on my property at the city of PARK RAPIDS , MINNESOTA ,

in the MONTH OF NOVEMBER OF THE YEAR OF TWO THOUSAND AND TWENTY ,

As LORI K. ERNST gave me ALAN GEATZ DIRECTIONS to get to her

apartment , as I Alan Geatz was driving my DATSUN PICKUP and LORI

K. ERNST GAVE ME DIRECTIONS ,  as LORI K. ERNST told me Alan

Geatz to turn right on the ONE WAY STREET that was called TENTH

STREET NORTH , going twords NORTH NINETEENTH STREET , and the

NORTH DAKOTA STATE UNIVERSITY CAMPUS , as that street went NORTH

These words are true words . _possible_

Dated this _TWELPTH_ day of _NOVEMBER_ _two THOUSAND AND twenty_
year

_ALAN GEATZ_  _Alan L. Geatz_

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The Court                    CIVIL CASE NO.

PAGE THREE.                                     _____
ALAN GEATZ PLAINTIFF VS LORI K. ERNST DEFENDANT .
*and Alledged scam*

As the SCAM continues , as the possible ILLEGAL DRUG ~~DRUG~~ INDUCED

AMBUSH , and possible Induced PERSCRIBED MEDICATIONS AMBUSH

CONTINUES and possible INDUCED liquor saturated , Brainwashed ,

and definate , CONSPIRACY , and CRIMINAL CONSPIRACY CONDUCT

CONTINUES , and this INVESTIGATION CONTINUES as the SCAM CONTINUES

that induced unwanted STRESS INTO MY BRAIN and BODY which is

Clearly IDENTIFIED as MENTAL ABUSE , and MENTAL TORTURE OF

a SEVERLY DISABLED  AMERICAN TAX PAYER WHO DID MY DUTY FOR

MY COUNTRY THE UNITED STATES . AS the PREMEDITATED ATTACK ON MY

PEACE AND DIGNITY at the AMERICAN BROADCASTING COMPANY as the

ORGANIZED CONDUCT and DISORGANIZED CONDUCT that created an INCAPA-

CITATE , INCAPACICATE SITUATION inside my brain , which I Alan

Geatz say is described as MENTAL ABUSE and MENTAL TORTURE of ME

ALAN GEATZ that alledgelly started in the year of NINETEEN

FIFTY THREE , when I Alan Geatz was a BABY , as I Alan Geatz

alledge that WILLIAM GEATZ SEXUALLY ATTACKED ME ALAN GEATZ

when I was a BABY and definately a LITTLE boy in April of the

year NINETEEN SIXTY ONE OR NINETEEN SIXTY TWO as the BRAINWASHING

CONDUCT and attempted brainwas hing conduct CONTINUED against me

Alan Geatz by the disorganized criminals who alledgelly
*and possibly*

arranged this liquor saturated scam . that has nearly
*possibly*

destroyed the world economy . These words are true words writt-
*To my knowledge*

en on the date of NOVEMBER SEVENTH , in the year of TWO THOUSAND

and TWENTY . Dated this _*SEVENTH*_ day of _*NOVEMBER*_ year _*two thousand twenty*_

*ALAN GEATZ*
*Alan L. Geats*

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The Court

```
                              (     CIVIL CASE NUMBER
                              (
Alan Geatz                    (
                              (
                              (
                              (_____
                              (
     Plaintiff                (
                              (
                              (
                              (

VS


Lori K. Ernst


Defendant .
```

PAGE FOUR  OF LEGAL DOCUMENTS .

As Polygraph Exams will PROVE these words that I ~~xxxxxxxxx~~
Alan Geatz  write on these legal court documents , as my
SEVERLY INJURED , and SEVERLY DISABLED , INCAPACITATE BRAIN ,
CONTINUES to heal , as I Alan Geatz continue to write these words
on these LEGAL COURT DOCUMENTS , ..

As I ALAN GEATZ approached the TABLE where LORI K. ERNST was ~~xxx~~
sitting next to that white man , as he got up and ~~xxx~~ walked away
TWORDS the NORTH DOORS of the FOUR - TEN BAR , as I Alan Geatz
made a verbal statement to LORI K. ERNST , as I said " LETS DANCE
LORI , " if I Alan Geatz remember correctly , as I Alan Geatz and
LORI K.ERNST and me Alan Geatz danced at least one dance if I ~~xxx~~
Alan Geatz and LORI K. ERNST danced at least one dance if I
remember correctly , then I Alan Geatz said to LORI K. ERNST , BY

TRUE WORDS, DateD tHis TWELFth Day oF NoveMBer twoThousAnd
ALAN GEATZ Jr.       year twenty

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The Court

Alan Geatz

Plaintiff

VS

Lori K. Ernst

Defendant .

(
(  CIVIL CASE NUMBER
(
(
(
(
(  _____
(
(

PAGE ONE OF TWO PAGES OF LITIGATION DOCUMENTS .

POLYGRAPH eXams TAKen By Alan Geatz will PRove these words .

As I Alan Geatz turned ~~XXXX~~ RIGHT and went SOUTH as LORI K. ERNST told me to , after I Alan Geatz asked her , " Which way NoW ? " As I Alan Geatz turned right as LORI K. ERNST directed ~~X~~ me to turn right , as a FARGO POLICE OFFICER came up behind me ~~XX~~ and ~~XXXX~~ LORI K. ERNST , as we were riding in my DATSUN PICKUP as the Fargo Police Officer put his red Flashing lights on , as I Alan Geatz got out of the DATSUN PICKUP and walked back twords the fargo ~~XXXXX~~ police squad car as the Police ~~XX~~ Officer asked me Alan Geatz " Have you been drinking ? " . As I Alan Geatz told the FARGO POLICE OFFICER , " Yes , I've been drinking . "

If I remember the exact words . These words are true . 2020

DATED ~~XXXXXXXX~~ THIS 16th Day of November

United States Supreme Court
One first Street N.E.
Washington D.C. 20543

Before the Court

PAGE TWO OF CIVIL LITIGATION          (     CIVIL CASE NUMBER
CONCERNING THIS MEDIA SITUATION       (
                                      (
INDIRECTLY  AND DIRECTLY .            9
ALAN GEATZ PLAINTIFF VS LORI          (
                                      (
K.ERNST DEFENDANT .                   (     (  _____

POLYGRAPH EXAMS WILL PROVE , THESE WORDS .


Then the Fargo Police officer asked me Alan Geatz , " What
are you and that woman doing ? , "  If I remember correctly, I
might marry that woman . " as I Alan Geatz answered the FARGO POLICE OFFICER by saying " I
might marry that woman . " as I Alan Geatz LIED to the FARGO
POLICE OFFICER , as the FARGO POLICE OFFICER , told me ALAN
GEATZ to " Drive safely . " If I remember correctly the exact
words that he said to me . , as I Alan Geatz cannot remember the
exact words that he said to me . ..
Then he got into his squad car and drove away , as me Alan Geatz
and LORI K. ERNST , went to her apartment , where LORI K. ERNST
and BERNIE BENSON were living near SAINT LUKES HOSPITAL , in the
year of NINETEEN SEVENTY SIX . in the month of AUGUST .
These words are are true words , . POSSIBLE
Dated this Sixteenth day of November year two thousand
AND twenty.

ALAN GEATZ
Alan L. Geatz

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before the court

Page ONE Of Civil Litigation Documents

concerning LORI K. ERNST .

Who was originally from West Fargo , North Dakota

ALAN GEATZ PLAINTIFF   VS LORI K. ERNST

DEFENDANT .

POLYGRAPH EXAMS WILL PROVE THESE WORDS.

( CIVIL CASE NUMBER

As Lori K.Ernst got into her car and followed me Alan Geatz to my

apartment over near N.D. S. U. North Dakota State University as

we both went into my apartment , my sub level apartment in the

building and we became romantic , as me Alan Geatz and Lori K.

Ernst were sexual but we did not have intercoarse , as LORI

K. ERNST gave me Alan Geatz her parents phone number and

LORI K. ERNST said to me Alan Geatz " When You get back into town

next year call me right away." As I Alan Geatz took her phone num-

ber from her and said to her " All right , I will call you . " If

I Alan Geatz remember correctly , the exact words . as LORI K.

ERNST walked out of my sub level apartment , and got into her car

and drove away , as the conspiracy's and criminal conspiracy's

continued against me Alan Geatz , as I Alan Geatz continue to

make an effert to control what goes on around me Alan Geatz a

Severly disabled American Tax Payer , who did my duty for my coun-

try , True Words . Dated this _Seventeenth_ day of _November_ year _two thousand twenty_

ALAN GEATZ

Alan L. Geatz

United States Supreme Court
One First Street N.E.
Washington D.C.20543

Before The Court

|                   | (    | CIVIL CASE NUMBER |
|-------------------|------|-------------------|
| ALAN GEATZ        | (    |                   |
|                   | (    |                   |
| Plaintiff         | (    |                   |
|                   | (    |                   |
| VS                | (    | _____ |
|                   | (    |                   |
|                   | (    |                   |
| LORI K. ERNST     | (    |                   |
|                   | (    |                   |

Defendant

Page Two of CIVIL LITIGATION

Documents Concerning LORI. K. ERNST
As POLYGRAPH EXAMS will Prove these words , as the conspirators

and criminal conspirators continued to stalk me Alan Geatz a

severly injured and sevrer ly disabled AMERICAN tax payer who

did my duty for my country , the UNITED STATES , as the alledged

conspiracy's and criminal conspiracy's continued against me from

the liquor saturated organized thieves and alledged thievs.

As I Alan Geatz experianced an INCAPACITATE situation from

when  I Alan Geatz was a little baby in the year of NINETEEN

FIFTY THREE at the PHYSICAL ADDRESS  of TWENTY TWO NINETEEN

FIRST AVENUE NORTH in the city of GRAND FORKS, North Dakota

as I Alan Geatz alledge that WILLIAM GEATZ my brother SEXUALLY

attacked my Alan Geatz , as polygraph exams will prove what I

Alan Geatz say, True Words  Dated _November Seventeen two thousand_ year _AND Twenty_

ALAN GEATZ
Alan L. Geatz

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The Court

CIVIL CASE NUMBER

```
                    (
                    (
                    (
ALAN GEATZ          (
                    (
                    (
                    (
```

PLAINTIFF


VS


LORI K. ERNST

*A poLy GRAPH exam tAken By ALan GEATZ will pRove these WORDS.*

DEFENDANT .pOLYGRAPH EXAMS WILL PROVE THESE WORDS.

Page ONe of Civil Litigation dated November Eighteenth Two

Thousand and Twenty , continued from Page Two Dated NOV. 16 th 2020.

As I Alan Geatz CONTINUE to MAKE AN EFFERT to communicate with

the people who control the Supreme court of the UNITED STATES ,

in Washington D. C.

As I Alan Geatz am continuing to write about the EVENT , in the

year of NINETEEN SEVENTY SIX , with LORI K. ERNST , I Alan Geatz

ended up GETTING MARRIED to LORI K. ERNST , AFTER ALL . , as the

WEDDING BETWEEN LORI K. ERNST and me Alan Geatz TOOK PLACE at

BONNANZAVILLE , CHURCH at WEST FARGO , NORTH DAKOTA , on SEPTEMBER

TWENTYTH , of the year of NINETEEN EIGHTY . . As LORI K.ERNST and

me Alan Geatz went on a HONEYMOON to LAKE TAHOE , and LAS VEGAS ,

NEVADA , AND SAN DIEGO , CALIFORNIA , and BURBANK , CALIFORNIA

*these WORDS ARE tRue WORDS, ALAN GEATZ*
*DatEd NOVember EighteenTh 2020.   Alan L. Geatz*

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The Court

```
                                  (       CIVIL CASE NUMBER
                                  (
   Alan Geatz                     (
                                  (
                                  (
   Plaintiff                      (
                                  (       _____
                                  (
                                  (
   VS


   Lori K. Ernst
```

Defendant .    POLYGRAPH EXAMS WILL PROVE THESE WORDS .

Page one of two pages of litigation documents .


As my INCAPACITATE situation continued , as the liquor
continued to flow into my confused , brainwashed , severly
disabled brain , in August of the year of NINETEEN SEVENTY SIX
along with my poor diet , and me working in the severe hot
sun with little rest , as the conspiracy's and alledged
criminal conspiracy's continued against me Alan Geatz as I Alan
Geatz could sense the conspiracy's around me as my severly
disabled brain knew in the back of my mind that I Alan Geatz had
the microphone in my tooth , that I recieved from a United
States Navy Dentist , that I recieved at SAN ONOFRE , ON CAMP

THESE WORDS ARE TRUE,
nated the sixteenth day of Nineteen hundred and two thousand and twenty.

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The court

CIVIL CASE NUMBER

PAGE TWO OF LITIGUATION   (
                          (
CIVIL CONCERNING THIS SITUATION
                          (
MEDIA DIRECTLY AND INDIRECTLY .
                          (
ALAN GEATZ             (         _____
                          (
PLAINTIFF                 (

VS

LORI K. ERNST

DEFENDANT . POLYGRAPHY EXAMS WILL PROVE THESE WORDS,
Pendelton , CALIFORNIA in May or June of the year of NINETEEN

SEVENTY TWO about Eight hundren feet EAST of the FIRE STATION

in a TIN HUT as the UNITED STATES NAVY DENTIST and alledged

UNITED STATES NAVY DENTIST who had black hair and he was about

six feet three inches tall . , and after he was done installing

the microphone into my tooth and wire in my tooth as I Alan Geatz

SAT IN THE DENTIST CHAIR he said to me either 😊 " THERE YOU GO

MR . GEATZ. or he SAID, HERE YOU GO MR . GEATZ , YOU'RE MICROPHONE

as I Alan Geatz looked at him and I Alan Geatz could not believe

😊 what I was hearing come out of that MAN . , as the man did not

call me PRIVATE GEATZ , he CALLED ME MR . GEATZ , as I Alan Geatz

got out of the dentist's chair and walked back up to my MILITARY

GAS STATION at the intersection of SAN MATEO  ROAD and BASOLINE

ROAD . , as I Alan Geatz made a verbal statement as I entered the

MILITARY GAS STATION I said , " All right folks , , Welcome to 😊

the ALAN GEATZ SHOW , LET'S SEE HOW IT GOES . Then I Alan Geatz

Entered the gas station . These words are true words . two thousan
DATED THIS Sixteenth    Day of November year AND twenty
    ALAN GEATZ         Alan L. Geatz

One First Street N.E.
Washington D.C. 20543

Before The Court

THis LegAL DocumenT is
IDentiFied as page One OF
Two pages OF LegAL DocumenTs.

I Alan Geatz arrived on SINGER ISLAND , FLORIDA NEAR PALM BEACH ,

FLORIDA , and RIVIERA BEACH FLORIDA .....

in November of the year NINETEEN NINTY as the V.A. DOCTORS

at RIVIERA BEACH , FLORIDA , that was at the OUT PATIENT CLINIC ,

NEAR  A 1 A  HIGHWAY , at that time , ', that was close to the BLU-

e HERON BRIDGE , that went from SINGER ISLAND TO RIVIERA BEACH ,

FLORIDA .....

The name of the VETERANS ADMINISTRATION DOCTOR WHO HELPED ME

ALAN GEATZ was either ANN CUSHMAN or her NAME was POSSIBLY

MRS. CUSHING , as my severly disabled brain was SEDATED with

MEDICATIONS at that time so I Alan Geatz do not remember the

EXACT NAME THAT SHE USED , as we sat in GROUP DISCUSSIONS

SOMETIMES TWO OR THREE DAYS A WEEK , for a little while as me ALA-

N GEATZ and some of the other Veterans would sit there and

talk to the DOCTOR as she would sit there and watch us speak to

her , or she would listen to us VETERANS speak to her .

After the labortory people did some BLOOD WORK ON ME ALAN GEATZ

as she looked at my BLOOD LEVELS and she told me ALAN GEATZ ,

that SHE SAID , " DO NOT LET ANYONE EVER PUT YOU ON LITHIUM OR

HALDOL EVER AGAIN . " ..... " YOU DON'T NEED THOSE MEDICATIONS ."

These words are true words to the best of my knowledge at this

time which is after SEVEN FIFTY P.M. on THURSDAY JULY NINTH

YEAR TWO THOUSAND AND TWENTY . .....

Dated this _Ninth_ day of _July_ year _AND Twenty,_
_TWO THOUSAND_
ALAN GEATz
Alan L. Geats

One First Street N.E.
Washington D.C. 20543

Before The Court

tHis page is IdentiFied
as page two oF two
pages oF Legal Documents.

The Veterans Administration Doctor told me ~~~~~~~~ ALAN GEATZ

that she was going to go to AUSTIN TEXAS , in about MARCH of the

year NINETEEN NINTY TWO , as I Alan Geatz called her from my

parents basement , On the phone that they had down in the basement

at their house at SIX O ONE SOUTH NINTH STREET in Grand Forks, No-

rth Dakota on about the day before APRIL EIGHTH or POSSIBLY

APRIL FIRST , OR APRIL SECOND OF THE YEAR NINETEEN NINTY TWO .

CLOSE TO WHEN MY FATHER DIED , ON APRIL FOURTH OF THE YEAR

NINETEEN NINTY TWO

I Alan Geatz say that those wrongful disabled INDUCED THOUGHTS we-

re PROVOKED AND INDUCED INTO MY SEVERLY DISABLED ~~~~~~ ~~~~~~

severly brainwashed brain severly traumatized severly INJURED

traumatized brain , because of the alledged possible theft that

, WILLIAM CHILD MOLESTAR GEATZ and my UNCLE DENNIS CHILD ABUSER

LAMOINE , and POSSIBLE KIDDEE FUCKER , , and my cousin KEN

CHILD ABUSER HUNT , FROM GRAND FORKS , NORTH DAKOTA and also

JIM CHILD ABUSER ROHN FROM THE AMERICAN BROADCASTING COMPANY'S

BROADCASTING COMPANY'S BROADCASTING OPERATIONS , THAT WERE OVER

ON STATE MILL ROAD , in the city of Grand Forks, North Dakota

in June of the year NINETEEN FIFTY NINE , also that WHITE MAN ~~~

with the glasses as he was and is an alledged conspirator .....

These words are true to the best of my knowledge at this time whi-

8:39 pm

ch is after Thursday July Ninth , Year  two thousand and twenty.

Dated this   NintH   day of   JULY   year  two tHousAnd
And twenty.
ALAN GEATZ
alan L. Meatz

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The Ciourt

CIVIL CASE NUMBER

This Document is IDENTIFIED

AS PAGE  Nine  OF CIVIL LITIGATION

AGAINST LORI K. ERNST  WHO WAS

MARRIED TO ALAN GEATZ ON SEPTEMBER

TWENTYTH OF THE YEAR OF NINETEEN

EIGHTY .

POLYGRAPH EXAMS WILL PROVE THESE WORDS .

LORI K. ERNST AND ALAN GEATZ GOT A DIVORCE ON THE FIRST DAY OR
ABOUT THE FIRST DAY OF AUGUST IN THE YEAR OF NINETEEN EIGHTY TWO , AS
POLYGRAPH EXAMS WILL PROVE THESE WORDS TOO . THE DIVORCE TOOK PLA
CE AT THE CASS COUNTY COURTHOUSE AT FARGO , NORTH DAKOTA , AS I
ALAN GEATZ , WATCHED THE JUDGE GIVE INSTRUCTION TO LORI K. ERNST
AND ASK HER QUESTIONS , SUCH AS " ARE YOU PREGNANT ? "
The INFLICTED STRESS IS IDENTIFIED AS , MENTAL ABUSE AND MENTAL
TORTURE , TITLE EIGHTEEN TWENTYONE THIRTEEN TO  TWENTY THREE
TEN TORTURE TWENTY THREE FORTY A. CHAPTER ONE ONE THREE C.  PAGE
FIVE SIXTY ONE , ALSO TITLE EIGHTEEN RULE THIRTY TWO   TWO PAGE
THREE FORTY ONE FORFIETURE OF PROPERTY , CIVIL REMEDY FOR PERSONA
L INJURIES , AS POLYGRAPH EXAMS WILL PROVE THAT TOO. TRUE WORDS
Dated this FOURTH  day of DECEMBER  year AND TWENTY ,

ALAN GEATZ

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The Court
CIVIL CASE NUMBER

Alan Geatz                    (
                              (
Plaintiff                     (
                              (
                              (
VS                            (
                              (
Elvis Presley Estate          (
DEFENDANT .

 A POLYGRAPH EXAM TAKEN BY ALAN GEATZ WILL PROVE THESE WORDS.

As POLYGRAPH EXAMS will prove these words , on this complaint ,

and CIVIL LITIGATION .

As per the LIFE MAGIZINE CLASSIC EDITION , that is labeled

[ DISPLAY UNTIL APRIL THIRD TWO THOUSAND AND TWENTY ]   I Alan

Geatz alledge that  ELVIS PRESLEY ENTERTAINER , FROM MENPHIS , TE-

NNESSEE , who made these movies , LOVE ME TENDER , year NINETEEN

FIFTY SIX ,, LOVING YOU , NINETEEN FIFTY SEVEN , JAILHOUSE RP ROC

YEAR NINETEEN FIFTY SEVEN , KING KREOLE , YEAR NINETEEN FIFTY

EIGHT G I BLUES NINETEEN SIXTY , FLAMING STAR YEAR NINETEEN SIXTY

WILD IN THE COUNTRY , NINETEEN SIXTY ONE BLUE HAWAII , YEAR NINET-

EEN SIXTY ONE ,   FOLLOW THAT DREAM NINETEEN SIXTY TWO , KID

GALAHAD , YEAR NINETEEN SIXTY TWO , GIRLS , GIRLS , GIRLS NINETEE

N SIXTY TWO IT HAPPENED AT THE WORLDS FAIR , NINETEEN SIXTY

THREE , FUN IN ACAPULCO YEAR NINETEEN SIXTY THREE , KISSIN

COUSINS , YEAR OF NINETEEN SIXTY FOUR .

THESE WORDS are TRUE words , that I Alan Geatz alledge that

there is information , in these movies concerning me Alan Geatz

as the color YELLOW is also used in these movies , as the

situation looks to me Alan Geatz like a form of theft , and

Dated this 26th  ALAN GEATZ  26th Day 07 Nov, two THousand AND twenty

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The Court

( CIVIL CASE NUMBER

PAGE TWO OF CIVIL LITIGATION    (
                                (
CONCERNING THE INCAPACITATE     (
                                (
SITUATION of ME ALAN GEATZ,     (
                                (
ALAN GEATZ                      _____

PLAINTIFF
VS,

ELVIS PRESLEY ESTATE . DEFENDANT .    POLY GRAPH EXAMS WILL PROVE,
CONSPIRACY AND CRIMINAL CONSPIRACY    VIVA LAS VEGAS , YEAR NINETEE-

N SIXTY FOUR    ROUSTABOUT YEAR MADE NINETEEN SIXTY FOUR .

GIRL HAPPY NINETEEN SIXTY FIVE , TICKLE ME , YEAR MADE NINETEEN

SIXTY FIVE , HARUM SCARUM , NINETEEN SIXTY FIVE FRANKIE AND

JOHNNY , PARADISE HAWIIAN STYLE year made NINETEEN SIXTY SIX

SPINOUT NINETEEN SIXTY SIX , EASY COME , EASY GO YEAR MADE NINETE

EEN SIXTY SEVEN . , DOUBLE TROUBLE YEAR MADE NINETEEN SIXTY SEVEN

, ELVIS , CLAMBAKE , NINETEEN SIXTY SEVEN , STAT AWAY JOE YEAR

MADE NINETEEN SIXTY EIGHT . SPEEDWAY NINETEEN SIXTY EIGHT LIVE

A LITTLE LOVE A LITTLE , YEAR MADE NINETEEN SIXTY EIGHT CHARRO

YEAR MADE NINETEEN SIXTY NINE , THE TROUBLE WITH GIRLS , YEAR

MADE NINETEEN SIXTY NINE ,, CHANGE OF HABIT YEAR MADE NINETEEN SI-

XTY NINE . . I Alan Geatz say and alledge that these movies

that ELVIS PRESLEY , ENTERTAINER , from MENPHIS , TENNESSEE , madE

have infromation in these movies concerning me Alan Geatz

as this INVESTIGATION and conspiracy's and criminal conspiracy's

CONTINUE , as I Alan Geatz also say that the color yellow is

my COLOR . . These words are true .

Dated this ___twenty Six th___ day of ___Novermber___ year ___two thousand AND twenty__

___ALAN GEATZ   Geat___

United States Supreme Court
One First Street N.E.
Washington D.C.20543

Before The Court

This page is Identified as          ¢IVIL CASE NUMBER
                                    (
page THREE of ~~~~Four~~~ pages of          (
                                    (
CIVIL LITIGATION CONCERNING         (
                                    (
the INCAPACITATE SITUATION          (
                                    (
of me ALAN GEATZ , all the way back _____

to the year of NINETEEN
                    A POLYGRAPH EXAM TAKEN BY ALAN GEATZ WILL PROVE ~~~~
FIFTY THREE .        THESE WORDS.
ALAN GEATZ PLAINTIFF VS. ELVIS PRESLEY ESTATE DEFENDANT .

I Alan Geatz also say that PRESIDENT RICHARD NIXON was

partially responsible , for my INCAPACITATE situation , as he

possibly arranged for the UNITED STATES MARINE CORP GUNNERY

SERGANT REQUITER to present me ALAN GEATZ with that green

UNITED STATES MEDIA CARD , and SHOW BUSNISS CONTRACT at the physi-

cal address of EIGHTEEN TWENTY THREE FIRST AVENUE NORTH , in

the CITY OF GRAND FORKS, NORTH DAKOTA , back in the year of NINET-

EEN SEVENTY ONE in the month of ~~~~ OCTOBER , on the SECOND

TUESDAY BEFORE ELEVEN P.M. that night . , as he told me Alan

Geatz what to write on the Green United States Media Card , and

the SHOW busniss contract has my social security number on

the contract . . As the conspiracy and criminal conspiracy

continued against me Alan Geatz a severly disabled American Taxpa-

yer . These words are true words

Dated this __twenty sixth__ day of _November_ year _two thousand AND twenty._

_ALan GEATz_
_Alan L. Geatz_

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The Court

( 
(     CIVIL CASE NUMBER

This page is page four of          (
                                   (
CIVIL LITIGATION DOCUMENTS.        (
                                   (
ALAN GEATZ PLAINTIFF VS            (

ELVIS PRESLEY ESTATE

DEFENDANT .        A POLYGRAPH EXAM TAKEN BY ALAN GEATZ WILL PROVE

THESE WORDS .

As polygraph exams will prove these words , as my life was

completely destroyed , before I Alan Geatz was even EIGHTEEN

years old , , so as the conspiracy's and criminal consipiracy's

continued against me Alan Geatz , a disabled American tax payer ,

the crimes that were displayed to me Alan Geatz periodically

from the year of NINETEEN FIFTY THREE was identified as , and is

identified as , ,, MENTAL ABUSE AND MENTAL TORTURE of me Alan

Geatz TITLE EIGHTEEN TWENTYONE THIRTEEN TO TWENTY THREE TEN

TORTURE TWENTY THREE FORTY A.CHAPTER ONE ONE THREE C.PAGE FIVE

SIXTY ONE .ALSO TITLE EIGHTEEN RULE THIRTY TWO TWO PAGE

THREE FORTY ONE FORFIETURE OF PROPERTY , CIVIL REMEDY FOR PERSONA

L INJURIES . also organized theft , as polygraph exams will prove

that too.

These words are true words .

Dated this _twenty sixth_ day of _November_ year _two thousand AND twenty._

_Alan GEATZ_

_Alan L. Geatz_

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The Court

Alan Geatz                         (    CIVIL CASE NUMBER
                                   (
                                   (
                                   (
Plaintiff                          (
                                   (
                                   (
VS                                 (    _____
                                   (
                                   (
                                   (
Johnny Depp , Movie Star           (

Defendant .A POLYGRAPH EXAM TAKEN BY ALAN GEATZ WILL PROVE THESE
WORDS.
I Alan Geatz alledge that nearly all of the EARNINGS that
Johnny Depp MOVIE STAR , who is alledgelly and originally
from the CAROLINAS , made during his MOVIE CARRER are indirectly
and directly related to my INCAPACITATE situation ,
as I Alan Geatz am experiancing as I Alan Geatz alledge
that some of the plots and dialogue in the movies that Johnny
Depp has made has appeared to me Alan Geatz to be some sort or
some form of theft and organized theft as I Alan Geatz have not
recieved financial payment concerning me Alan Geatz signing the
green United States media card , and show busniss contract that
has my social security number on the contract . As the movies
as I watched them , some of them made me Alan Geatz more
INCAPACITATE as I Alan Geatz continue to make an effert to
CONTROL what goes on around me Alan Geatz as I continue to
make an effert to survive , the traumatic experiance
True words DATED THiS twenty seventh Day of November two thousand year AND twenty
Alan Geatz

```
                    United States Supreme Court
                       One First Street N.E.
                      Washington D.C. 20543

                      Before The C ourt

                                        (   CIVIL CASE NUMBER
Page number two concerning              (
                                        (
INCAPACITATE   situation                (
                                        (
concerning JOHNNY DEPP                   (
OF ALAN GEATZ                           (
                                        (
MOVIE STAR .                            ( _____
A POLYGRAPH EXAM TAKEN BY  ALAN GEATZ WILL PROVE THESE WORDS.
DEFENDANT .
```

The traumatic experiance from the NINETEEN FIFTY'S NINETEEN

SIXTY'S , NINETEEN SEVENTY'S , NINETEEN EIGHTY'S AND

NINETEEEN NINTY'S as my situation has STARTED to become

BEARABLE as I am getting used to my situation of fame and wrongfu-

ul FAME , as I CONTINUE to survive the traumatic conduct of

looking at the movies , and making an effert to UNDERSTAND the

MEDIA situation with my SEVERLY INJURED brainwashed brain and

traumatized brain , as I continue to make an effert to survive ,

as the JOHNNY DEPP , MOVIE situation looks like to me to be a

form of theft , and organized theft as I Alan Geatz alledge that

PRIVATE INVESTIGATORS were hired by some POSSIBLE ENTITY'S

to gather INFROMATION about me Alan Geatz and alledgelly possibly

and my family and these entertainment people used the

INFROMATION of words and dialogue and colors to organize their

movies and alledgelly , use the reciepts and profits to advance

themselves FINANCIALLY and alledgelly better themselves ..

These words are true words.

Dated this _____twenty seventh_____ day of __November__ year AND twenty. two + Hous AND

ALAN GEATZ

Alan L. Heatz

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The Court

|  |  | CIVIL CASE NUMBER |
|---|---|---|
| Page number three | ( | |
| | ( | |
| | ( | |
| | ( | |
| | ( | |
| concerning INCAPACITATE situation | ( | |
| | ( | ──────────────── |
| | ( | |
| | ( | |

of ALAN GEATZ concerning

JOHNNY DEPP MOVIE STAR .

DEFENDANT₌ POLYGRAPH EXAM TAKEN BY ALAN GEATZ WILL PROVE THESE

WORDS .

As my severly disabled INCAPACITATE brain continued to recieve

INFROMATION inside my severly INJURED brain and my brain

EXPERIANCED , MENTAL ABUSE and MENTAL TORTURE , from these

INFLICTED traumas , as the hidden CAMERAS and hidden MICROPHONES

were placed into my VICINITY and photos  and films of me were

processed and alledgelly sold , to the population , as my severly

INCAPACITATED BRAIN experianced the events of these INFLICTED

Traumas , as these traumas are Identified as forms of MENTAL

ABUSE and MENTAL TORTURE of a severly INCAPACATITE , severly

injured person who is me Alan Geatz as the CONSPIRACY'S and

CRIMINAL CONSPIRACY'S continue and continued against me Alan

Geatz as I Alan Geatz , have survived the ordeal , that has

last          , tHese WORDS aRE tRue. DATED 27tH
ALAN GEATZ  07 NOVEMBER
2020.

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The Court

CIVIL CASE NUMBER

PAGE number FOUR CONCERNING     (
                                (
                                (
                                (
                                (
                                (
                                (
INCAPACITATE situation          (
                                (      _____
                                (

of Alan Geatz   CONCERNING


JOHNNY DEPP , MOVIE STAR ,
A  POLYGRAPH EXAM TAKEN BY ALAN GEATZ WILL PROVE THESE WORDS .
DEFENDANT .

LAST , ,, Defination page Three Seventy one  Websters All in
one  Dictionary and Thesaurus   SECOND EDITION ..
AS POLYGRAPH EXAMS WILL PROVE THESE WORDS .
LONGER than a half of a CENTURY , , from all the way back to the
year of NINETEEN FIFTY THREE , when I ALAN GEATZ was a BABY at 
the PHYSICAL address of TWENTY TWO NINETEEN FIRST AVENUE NORTH ,
in the CITY OF GRAND FORKS, NORTH DAKOTA . . As I Alan Geatz alle
alledge that WILLIAM GEATZ has possible alledged MALPRACTICE
WRITTEN CONTROL over my MEDIA SITUATION , that he has also
WILLIAM GEATZ has ALLEDGED and POSSIBLE ALLEDGED WRITTEN
MALPRACTICE CONTROL over my MEDIA SITUATION , THAT HE POSSIBLY
RECIEVED FROM A JUDGE , WHO MADE A POSSIBLE
                                         MALPRACTICE

United States Supreme Court
One First Street N.E.
Washington D.C. 20543

Before The Court

PAGE NUMBER FIVE                    (          CIVIL CASE NUMBER
                                   (
                                   (
                                   (
                                    (
CONCERNING   INCAPACITATE          (
                                   (  _____
                                   (
SITUATION of ME ALAN GEATZ         (


CONCERNING JOHNNY DEPP


A POLYGRAPH EXAM TAKEN BY ALAN GEATZ WILL PROVE THESE WORDS.
MOVIE STAR .....
DEFENDANT .

AS WILLIAM GEATZ HAS ALLEDGED AND POSSIBLE ALLEDGED WRITTEN
MALPRACTICE CONTROL OVER MY MEDIA SITUATION , THAT HE POSSIBLY
RECIEVED  FROM A JUDGE , WHO MADE A POSSIBLE MALPRACTICE DECISION
~~~~~~~~ CONCERNING MY MEDIA SITUATION . , AS THE LIQUOR
ALLEDGELLY CONTINUED TO FLOW INTO THEIR BODY'S , ALL THE WAY
BACK TO THE NINETEEN FIFTY'S , IN THE CITY OF GRAND FORKS, NORTH
DAKOTA . as the CONDUCT that WILLIAM GEATZ ALLEDGELLY displayed
to me Alan Geatz is identified as ... MENTAL ABUSE AND MENTAL
TORTURE TITLE EIGHTEEN TWENTY ONE THIRTEEN TO TWENTY THREE TEN
TORTURE TWENTY THREE FORTY A. CHAPTER ONE ONE THREE C. PAGE FIVE
SIXTY ONE . ALSO TITLE EIGHTEEN RULE THIRTY TWO TWO PAGE THREE
FORTY ONE FORFIETURE OF PROPERTY , CIVIL REMEDY FOR PERSONAL *two Housann*
INJURIES,as POLYGRAPH EXAMS WILL PROVE THESE WORDS *AND twentyi*
*DATED tHis twenty sev Day o7 NOVEMBer year*